**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Hassan Andran Assi,
    Plaintiff(s),

v.                                 Case No. 1:20-cv-839
                                          ( Consent Case ; Litkovitz, M.J.)

Deputy Jeremy Hanshaw, et al.,
    Defendant(s).

## AMENDED CALENDAR ORDER

This matter came before this Court on September 1, 2023, for a follow-up status conference. At the request of the parties, and with the consent of the Court, the calendar order in this matter shall be amended as follows:

1. Deadline for disclosure of expert witnesses and submission of expert reports:
   Plaintiff identify and produce primary expert reports: **November 29, 2023**
   Defendant identify and produce rebuttal expert reports: **November 29,2023**
   Parties disclosure and report of rebuttal experts: **January 30, 2024**
   Parties disclosure of non-expert (fact) witnesses: **July 22, 2023**

2. Parties to exchange witness list and summary: **January 2, 2024**

3. Discovery deadline: **March 4, 2024\***

4. Dispositive motion deadline: **May 1, 2024**

5. Joint final pretrial order: **June 24, 2024**

6. Final pretrial conference: **July 1, 2024 at 2:00 pm**

7. Jury Instructions: **July 29, 2024**

8. Jury Trial: **August 5, 2024 at 9:30 am (estimated one-week jury trial)**

9. A follow-up status conference via telephone will be held on **November 30, 2023 at 3:00 pm**.

IT IS SO ORDERED.
Date 9/1/2023

*signature: Karen L. Litkovitz*

awh    September 1, 2023    Karen L. Litkovitz
United States Magistrate Judge

\*Discovery requests must be made at such time that responses thereto are due before the discovery deadline.

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

[www.ohsd.uscourts.gov](www.ohsd.uscourts.gov)

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact the Clerk of Court.